<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7143**

CURTIS Q. OWENS,

       Plaintiff – Appellant,

    v.

BERNEDETT JEFFERSON, LtSMU in their individual personal capacity under the color of state law; DARREN SEAWARD, Maj in their individual personal capacity under the color of state law; NFN ROBINSON, Inv DDI in their individual personal capacity under the color of state law; JERRY WASHINGTON, A-W in their individual personal capacity under the color of state law; ROBERT WARD, Dir of Ops in their individual personal capacity under the color of state law; JON OZMINT, Dir of SCDC in their individual personal capacity under the color of state law,

       Defendants – Appellees.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Terry L. Wooten, District Judge. (0:09-cv-02888-TLW)

Submitted:  November 19, 2010    Decided:  December 13, 2010

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Curtis Q. Owens, Appellant Pro Se.   James Albert Stuckey, Jr., William J. Thrower, STUCKEY LAW OFFICES, PA, Charleston, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Q. Owens appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the district court's reasoning that Owens failed to properly exhaust available administrative remedies as to his claims of constitutional magnitude as required by 42 U.S.C. § 1997e(a) (2006). Owens v. Jefferson, No. 0:09-cv-02888-TLW (D.S.C. Aug. 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED